UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:
SHELIA ANN REYNOLDS

CHAPTER 13
CASE NO. 14-57044 wsd
JUDGE Walter Shapero - Detroit

_____/

STIPULATION RESOLVING HEARING ON CREDITOR'S MOTION TO
LIFT THE AUTOMATIC STAY

The parties having agreed to the terms herein, the Court being otherwise sufficiently advised in the premises, response having been received, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given, now therefore;

IT IS HEREBY ORDERED that Tuscan Manor Apartments Limited Partnership's ("Creditor") Motion to Lift the Automatic Stay is resolved with the following conditions.

IT IS FURTHER ORDERED that the Debtor shall pay her August rent by September 8, 2015, her September rent by September rent by SEPT. 18, 2015 and thereafter maintain her future ongoing monthly residential rental payments of $670.00, direct to Creditor, by the 5th of each month.

IT IS FURTHER ORDERED that in the event that Debtor fails to make any future direct payments to this Creditor in accordance with the above language, Creditor may submit a notice of default served upon Debtor and Debtor's counsel and permitting 21 days from the date of service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the default in payments after having been provided notice under the provisions of this order, then the Creditor may submit an Order Lifting the Automatic Stay to the Bankruptcy Court along with an affidavit attesting to a failure to make direct payments, and the automatic stay may be thereafter be lifted without a further hearing or notice.

Approved per Local Rules (E.D.M.): w/ CHANGES    Approved as to form and content:

/s/ _____
Jay E. Piggott (P68091)
Attorney for Debtor
Frego & Associates – The Bankruptcy
Law Office, PLC
23843 Joy Road
Dearborn Heights, MI 48127
fregolaw@aol.com
(313) 724-5088
GLEN TURHENIN (P65230)

/s/ Stefany L. Freeman
Stefany L. Freeman (P41924)
Carolyn R. Cohen (49391)
Attorneys for Creditor Tuscan Manor Apts. LP
2550 S. Telegraph Road, Suite 200
Bloomfield Hills, MI 48302
j.koppelo@prinmgmt.com;
carolyn.cohen1@yahoo.com
(248) 683-2500