# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:                                                    CHAPTER 13
                                                               Case No. 14-57044-wsd

SHELIA A. REYNOLDS,                 Hon. Walter Shapero.Detroit

      Debtor – In – Possession.
_____ _____/

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362

        This matter having come before the Court upon Tuscan Manor Apartments Limited Partnership's Relief from the Automatic Stay Pursuant to 11 U.S. C. 362 and this Court being otherwise duly and fully advised in the promises;

    **IT IS HEREBY ORDERED** as follows:

    1.     The Automatic Stay be lifted with respect to Creditor, Tuscan Manor Apartments Limited Partnership, and Tuscan Manor Apartments Limited Partnership may pursue any and all remedies it may have with respect to the Premises, as defined in the Motion, including but not limited to, initiating eviction proceedings against the Debtor; and

    2.     This Order shall be binding and effective despite any conversions of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Code.

Signed on March 03, 2016

                                                 /s/ Walter Shapero
                                         Walter Shapero
                                         United States Bankruptcy Judge